*1124 ante, p. 953;
ante, p. 981;
ante, p. 942;
ante, p. 982;
ante, p. 1013;
ante, p. 1013;
ante, p. 1005;
ante, p. 985;
ante, p. 1028;
ante, p. 970;
ante, p. 995;
ante, p. 945;
ante, p. 1006;
ante, p. 999;
ante, p. 974;
ante, p. 987;
ante, p. 987;
ante, p. 987;
ante, p. 988;
ante, p. 989;
ante, p. 989;
ante, p. 1015;
ante, p. 1007;
*1125 No. 91-6144.
No. 91-6169.
No. 91-6178.
No. 91-6208.
No. 91-6210.
No. 91-6224.
No. 91-6245.
No. 91-6336.
No. 91-6389.
ante, p. 990;
ante, p. 1008;
ante, p. 1015;
ante, p. 1016;
ante, p. 992;
ante, p. 1028;
ante, p. 1039;
ante, p. 1041; and
ante, p. 1042. Petitions for rehearing denied.